**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR IMPORT ADMINISTRATION
Washington, D.C. 20230

April 8, 2013

**FILED ELECTRONICALLY**

Tina Potuto Kimble
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, New York 10278-0001

      RE:    Ad Hoc Shrimp Trade Action Comm. v. United States, Court No. 11-00335,
               Slip Op. 13-4

Dear Ms. Kimble:

      In accordance with Rule 73.2 of the Rules of this Court, I am transmitting the index for the remand record for the above-referenced case as it pertains to the fifth administrative review of the antidumping duty order covering frozen warmwater shrimp from the People's Republic of China. I am also transmitting the certification for the index. The remand was filed on April 1, 2013.

      Pursuant to the newly amended Rule 73.2, we are not filing the record with the court. By way of reminder, however, the record index is divided into two sections, one containing the public documents and the other containing documents with business proprietary information.

      If you have any questions regarding this matter, please contact me at (202) 482-1096.

                                                Respectfully submitted,

                                                Melissa M. Brewer
                                                Attorney
                                                Office of the Chief Counsel
                                                   for Import Administration

Enclosure

cc: (with index and certification)

David A. Yocis
Andrew W. Kentz
Jordan C. Kahn
Nathaniel J. Maandig Rickard
Picard, Kentz & Rowe, LLP
1750 K Street, NW.
Suite 1200
Washington, DC 20006

Joshua E. Kurland
U.S. Department of Justice
Commerical Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Mark E. Pardo
Andrew T. Schutz
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005

## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE DONALD C. POGUE, CHIEF JUDGE**

| | |
|---|---|
| AD HOC SHRIMP TRADE ACTION COMMITTEE,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNITED STATES,<br><br>    Defendant,<br><br>  and<br><br>HILLTOP INTERNATIONAL,<br>and OCEAN DUKE CORPORATION,<br><br>    Defendant-Intervenors. | Court No. 11-00335 |

### DECLARATION OF KABIR ARCHULETTA

1. Pursuant to Rule 73.2 of the Rules of the U.S. Court of International Trade, I, Kabir Archuletta, International Trade Compliance Analyst, Office of AD/CVD Operations, Import Administration, International Trade Administration, Department of Commerce ("Department"), do hereby certify and affirm that I have legal custody and control of the documents constituting the administrative record, as it pertains to the Final Results of Redetermination Pursuant to Court Remand relating to the Department's final results of the fifth administrative review of frozen warmwater shrimp from the People's Republic of China, in the above-captioned case.

2. To the best of my knowledge, I have included in the remand record all documents pertaining to the above-cited proceeding presented to or obtained by the Secretary of Commerce or her delegates during the remand proceeding.

3. The attached indices constitute true and complete lists of the documents comprising the remand record in this proceeding.

4. I affirm, under penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

_____    Date: 4/8/13
Kabir Archuleta
International Trade Compliance Analyst
Office of AD/CVD Enforcement Operations
Import Administration
International Trade Administration
U.S. Department of Commerce
Washington, D.C. 20230

UNITED STATES DEPARTMENT OF COMMERCE - IMPORT ADMINISTRATION (ITA) - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-570-893 - FROZEN WARMWATER SHRIMP FROM PEOPLE REPUBLIC OF CHINA

* Public Document * Public Document * Public Document

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1 Public Version | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD (PV)_PART1 | REM 02/01/09-01/31/10 | 3119560-01 |
| 2 Public Version | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD (PV)_PART2 | REM 02/01/09-01/31/10 | 3119560-02 |
| 3 Public Version | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD (PV)_PART3 | REM 02/01/09-01/31/10 | 3119560-03 |
| 4 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART1 | REM 02/01/09-01/31/10 | 3119570-01 |
| 5 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART2 | REM 02/01/09-01/31/10 | 3119570-02 |
| 6 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART3 | REM 02/01/09-01/31/10 | 3119570-03 |
| 7 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART4 | REM 02/01/09-01/31/10 | 3119570-04 |
| 8 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART5 | REM 02/01/09-01/31/10 | 3119570-05 |
| 9 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART6 | REM 02/01/09-01/31/10 | 3119570-06 |
| 10 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART7 | REM 02/01/09-01/31/10 | 3119570-07 |
| 11 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART8 | REM 02/01/09-01/31/10 | 3119570-08 |
| 12 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART9 | REM 02/01/09-01/31/10 | 3119570-09 |
| 13 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART10 | REM 02/01/09-01/31/10 | 3119570-10 |

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 14 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART11 | REM 02/01/09-01/31/10 | 3119570-11 |
| 15 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART12 | REM 02/01/09-01/31/10 | 3119570-12 |
| 16 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART13 | REM 02/01/09-01/31/10 | 3119570-13 |
| 17 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART14 | REM 02/01/09-01/31/10 | 3119570-14 |
| 18 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART15 | REM 02/01/09-01/31/10 | 3119570-15 |
| 19 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART16 | REM 02/01/09-01/31/10 | 3119570-16 |
| 20 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART17 | REM 02/01/09-01/31/10 | 3119570-17 |
| 21 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART18 | REM 02/01/09-01/31/10 | 3119570-18 |
| 22 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART19 | REM 02/01/09-01/31/10 | 3119570-19 |
| 23 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART20 | REM 02/01/09-01/31/10 | 3119570-20 |
| 24 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART21 | REM 02/01/09-01/31/10 | 3119570-21 |
| 25 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART22 | REM 02/01/09-01/31/10 | 3119570-22 |
| 26 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART23 | REM 02/01/09-01/31/10 | 3119570-23 |
| 27 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART24 | REM 02/01/09-01/31/10 | 3119570-24 |
| 28 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART25 | REM 02/01/09-01/31/10 | 3119570-25 |
| 29 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART26 | REM 02/01/09-01/31/10 | 3119570-26 |

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 30 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART27 | REM 02/01/09-01/31/10 | 3119570-27 |
| 31 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART28 | REM 02/01/09-01/31/10 | 3119570-28 |
| 32 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART29 | REM 02/01/09-01/31/10 | 3119570-29 |
| 33 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART30 | REM 02/01/09-01/31/10 | 3119570-30 |
| 34 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART31 | REM 02/01/09-01/31/10 | 3119570-31 |
| 35 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART32 | REM 02/01/09-01/31/10 | 3119570-32 |
| 36 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART33 | REM 02/01/09-01/31/10 | 3119570-33 |
| 37 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART34 | REM 02/01/09-01/31/10 | 3119570-34 |
| 38 Public Document | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC DOCUMENTS ON RECORD (PD) - PART35 | REM 02/01/09-01/31/10 | 3119570-35 |
| 39 Public Document | 2/15/2013 | OTHER FROM IA TO FILE PERTAINING TO INTERESTED PARTIES AR5 DRAFT REMAND | REM 02/01/09-01/31/10 | 3119652-01 |
| 40 Public Document | 2/19/2013 | LETTER FROM GRUNFELD DESIDERIO LEBOWITZ SILVERMAN KLESTADT, LLP TO ACTING SEC OF COMMERCE PERTAINING TO HILLTOP EXTENSION REQUEST | REM | 3119751-01 |
| 41 Public Document | 2/19/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES GRANTS EXTENSION | REM 02/01/09-01/31/10 | 3119965-01 |
| 42 Public Document | 2/22/2013 | LETTER FROM PICARD KENTZ & ROWE LLP TO ACTING SEC OF COMMERCE PERTAINING TO PRODUCERS COMMENTS ON FACTUAL INFO | REM 02/01/09-01/31/10 | 3120520-01 |
| 43 Public Document | 3/1/2013 | LETTER FROM PICARD KENTZ & ROWE LLP TO ACTING SEC OF COMMERCE PERTAINING TO PRODUCERS (REJECTED) COMMENTS ON DRAFT REMAND REDETERMINATION | REM 02/01/09-01/31/10 | 3121603-01 |
| 44 Public | 3/1/2013 | LETTER FROM GRUNFELD DESIDERIO LEBOWITZ SILVERMAN KLESTADT, LLP TO ACTING SEC OF COMMERCE | REM | 3121619-01 |

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| Document | | PERTAINING TO HILLTOP<br>COMMENTS ON DRAFT REMAND REDETERMINATION | | |
| 45<br>Public<br>Document | 3/4/2013 | MEMO FROM IA TO FILE<br>PERTAINING TO HILLTOP<br>DRAFT REMAND COMMENTS | REM 02/01/09-01/31/10 | 3122128-01 |
| 46<br>Public<br>Document | 3/8/2013 | LETTER FROM GRUNFELD DESIDERIO LEBOWITZ SILVERMAN KLESTADT, LLP TO ACTING SEC OF COMMERCE<br>PERTAINING TO HILLTOP INTERNATIONAL<br>MISSING CERTIFICATIONS FOR REMAND COMMENTS | REM | 3123054-01 |
| 47<br>Public<br>Document | 3/8/2013 | REJECTION_MEMO FROM IA TO FILE<br>PERTAINING TO PETITIONER<br>REJECTION OF DRAFT REMAND COMMENTS | REM 02/01/09-01/31/10 | 3123061-01 |
| 48<br>Public<br>Document | 3/11/2013 | LETTER FROM PICARD KENTZ & ROWE LLP TO ACTING SEC OF COMMERCE<br>PERTAINING TO PRODUCERS<br>REMAND COMMENTS | REM 02/01/09-01/31/10 | 3123224-01 |
| 49<br>Public<br>Document | 4/1/2013 | OTHER FROM IA TO FILE<br>PERTAINING TO INTERESTED PARTIES<br>AR5 FINAL REMAND | REM 02/01/09-01/31/10 | 3126879-01 |

UNITED STATES DEPARTMENT OF COMMERCE - IMPORT ADMINISTRATION (ITA) - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-570-893 - FROZEN WARMWATER SHRIMP FROM PEOPLE REPUBLIC OF CHINA

**\* BPI Documents - May Be Released Under APO \* BPI Documents - May Be Released Under APO**

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1 BPI Releasable | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD-PART 2 | REM 02/01/09-01/31/10 | 3119548-02 |
| 2 BPI Releasable | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD-PART 1 | REM 02/01/09-01/31/10 | 3119548-01 |
| 3 BPI Releasable | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD-PART 3 | REM 02/01/09-01/31/10 | 3119548-03 |
| 4 BPI Releasable | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD-PART 4 | REM 02/01/09-01/31/10 | 3119548-04 |
| 5 BPI Releasable | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD-PART 5 | REM 02/01/09-01/31/10 | 3119548-05 |
| 6 BPI Releasable | 2/15/2013 | MEMO FROM IA TO FILE PERTAINING TO INTERESTED PARTIES PLACING DOCUMENTS ON RECORD-PART 6 | REM 02/01/09-01/31/10 | 3119548-06 |
| 7 BPI Releasable | 2/15/2013 | DATA FROM IA TO FILE PERTAINING TO INTERESTED PARTIES 5/17/12 CAMBODIA DATA FILE | REM 02/01/09-01/31/10 | 3119611-01 |
| 8 BPI Releasable | 2/15/2013 | DATA FROM IA TO FILE PERTAINING TO INTERESTED PARTIES 7/6/12 AR3 CBP DATA FILE | REM 02/01/09-01/31/10 | 3119611-02 |